FILED'10 NOV 02 14:12 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

JAMES W. REEVES,

       Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

       Defendant.

Civil No. 09-059-JE

ORDER

MARSH, Judge.

    Magistrate Judge John Jelderks filed his Findings
and Recommendation on October 12, 2010.  The matter is
now before me.  See 28 U.S.C. § 636(b)(1)(B) and Fed.
R. Civ P. 72(b).  No objections have been timely
filed.  This relieves me of my obligation to give the
factual findings de novo review. See §636(b)(1)(C);
Simpson v. Lear Astronics Corp., 77 F.3d 1170, 1174-75
(9th Cir. 1996).  Having reviewed the legal principles

1 - ORDER

de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Jelderks'
Findings and Recommendation #37. Plaintiff's
application for an award of EAJA fees (#34) is GRANTED
in part; plaintiff is awarded fees in the amount of
$9,882.68.

IT IS SO ORDERED.

DATED this __2__ day of November, 2010.

*Malcolm F. Marsh*
Malcolm F. Marsh
United States District Judge

2 - ORDER